**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jessica Griggs and Tyran Harriot, Defendants,

Of whom Tyran Harriot is the Appellant.

In the interests of a minor under the age of eighteen.

Appellate Case No. 2021-000144

———————————

Appeal From Darlington County
Salley Huggins McIntyre, Family Court Judge

———————————

Unpublished Opinion No. 2021-UP-294
Submitted July 14, 2021 – Filed August 5, 2021

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Tracy L. Bomar-Howze, of The Howze Law Firm, of Rock Hill; and Scarlet Bell Moore, of Greenville, both for Respondent.

Stuart Wesley Snow, Sr., of Snow & Bailey Law Firm, P.A., of Florence, for the Guardian ad Litem.

---

**PER CURIAM:** Tyran Harriot appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Harriot's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.